IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 05-cv-02162-RPM**

NORTHERN COLORADO FEED LLC;
MIDWEST PMS,

                       Plaintiffs,

v.

PURINA MILLS LLC f/k/a PURINA MILLS, INC.,

                Defendant.


**Minute Order Entered by Senior District Judge Richard P. Matsch:**


s/
M. V. Wentz
 Secretary


     The Unopposed Motion to Suspend Deadlines for Submitting a Proposed Scheduling Order and Exchanging Initial Disclosures, and to Vacate the January 5, 2006, Scheduling Conference (Doc. #11-1), filed on December 29, 2005, is granted. Counsel shall submit settlement papers or a status report to the Court by February 1, 2006.


Dated:   December 30, 2005