IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-02162-RPM

NORTHERN COLORADO FEED LLC and
MIDWEST PMS,

        Plaintiffs,

v.

PURINA MILLS, LLC f/k/a PURINA MILLS, INC.,

        Defendant,

and

PURINA MILLS LLC f/k/a PURINA MILLS, INC.,

        Counterclaim Plaintiff,

v.

NORTHERN COLORADO FEED LLC;
MIDWEST PMS,

        Counterclaim Defendants.

## ORDER OF DISMISSAL

Pursuant to the Stipulated Dismissal with Prejudice (Doc. #14), filed on February 15, 2006, it is

ORDERED that this action is dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Dated: February 15th, 2006

BY THE COURT:

s/Richard P. Matsch

Richard P. Matsch, Senior District Judge